## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MARK COLBATH, | )<br>)<br>) |
| Plaintiff, | )<br>) **Case No.:** 8:18-cv-2270-MSS-AAS |
| v. | )<br>) |
| CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF SETTLEMENT

Plaintiff, MARK COLBATH, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

October 11, 2018

By: /s/ Shireen Hormozdi
Shireen Hormozdi
State Bar No: 0882461
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
E-mail: shireen@norcrosslawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      On October 11, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

                                        By: /s/ Shireen Hormozdi_____
                                                Shireen Hormozdi