## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MARK COLBATH, | ) |
| Plaintiff, | ) **Case No.:** 8:18-cv-2270-MSS-AAS |
| v. | ) |
| CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, | ) |
| Defendant. | ) |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, MARK COLBATH, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY.

RESPECTFULLY SUBMITTED,

December 17, 2018

By: /s/ Shireen Hormozdi
Shireen Hormozdi
State Bar No: 0882461
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
E-mail: shireen@norcrosslawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  On December 17, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

             By: /s/ Shireen Hormozdi_____
               Shireen Hormozdi