# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MARK COLBATH,**

    Plaintiff,

v.                                    **Case No: 8:18-cv-2270-T-35AAS**

**CHW GROUP, INC.,**

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal, (Dkt. 13), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** This case shall remain **CLOSED.**

**DONE and ORDERED** in Tampa, Florida this 20th day of December, 2018.

                                                                _____
                                                                MARY S. SCRIVEN
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party